940 A.2d 291

IN THE MATTER OF VERA MCCOY, AN ATTORNEY AT LAW.

February 6, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–179, concluding that **VERA McCOY** of **CLEMENTON,** who was admitted to the bar of this State in 1986, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep client reasonably informed), and *RPC* 1.4(c) (failure to explain matter to client to extent reasonably necessary to permit informed decisions), and good cause appearing;

It is ORDERED that **VERA McCOY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.